**344**

**HARRIS BROTHERS CONSTRUCTION COMPANY et al., Appellants,**

**v.**

**Alvin HURD et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

John V. Porter, Jr., Wells, Porter & Schmitt, Paintsville, Thomas L. Ferreri, Louisville, for appellants.

Barkley J. Sturgill and Harold J. Stumbo, Prestonsburg, for appellees.

Memorandum Opinion PER CURIAM, Reversing.*

---

**GENERAL REFRACTORIES CO. et al., Appellants,**

**v.**

**Emil LEWIS et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Thomas L. Ferreri, Ky. Dept. of Labor, Louisville, Howard VanAntwerp, III, Caldwell, VanAntwerp, Welch & Hughes, Ashland, for appellant.

J. Keller Whitaker, Director, Ky. Workmen's Compensation Bd., Frankfort, Job D. Turner, III, Alvin B. Trigg, Lexington, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

---

**GENERAL REFRACTORIES CO. et al., Appellants,**

**v.**

**Paul GRIFFEY et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Thomas L. Ferreri, Ky. Dept. of Labor, Louisville, Howard VanAntwerp, III, Caldwell, VanAntwerp, Welch & Hughes, Ashland, for appellants.

J. Keller Whitaker, Director, Ky. Workmen's Compensation Board, Frankfort, Job D. Turner, III, Alvin B. Trigg, Lexington, for appellees.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

---

**Richard H. WRIGHT, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst., Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Carl T. Miller, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Reversing in Part, Affirming in Part.*

* Opinion ordered not to be published.